Coons, Respondent, *vs.* Wheeler & Bullock, Appellants.

*Appeal from St. Louis Court of Common Pleas.*

*A. H. Buckner*, for appellants.
*Todd & Krum*, for respondent.

Gamble, Judge. In this case, there was a submission to the court, and a general verdict found for plaintiffs. The case is not saved according to the requirement of the code of practice, and the judgment will be affirmed.